AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Charles T. Stewart  **JUDGMENT IN A CIVIL CASE**

v.  Case Number: 00 C 1657

Chicago Board of Education, et al

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came ~~to trial or hearing~~ before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the court dismisses the complaint without prejudice.

Michael W. Dobbins, Clerk of Court

Date: 3/30/2000

Wanda Parker, Deputy Clerk